# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2258
_____

| | | |
|---|---|---|
| Susan Ludwig, | * | |
| | * | Appeal from the United States |
| Appellant, | * | District Court for the District |
| | * | of Minnesota. |
| vs. | * | |
| | * | [UNPUBLISHED] |
| Northwest Airlines, Inc., | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 14, 2000
Filed: January 5, 2001

_____

Before LOKEN and MAGILL, Circuit Judges, and BATTEY,[1] District Judge.

_____

PER CURIAM.

Susan Ludwig (Ludwig) appeals the district court's[2] order granting summary judgment in favor of her employer, Northwest Airlines, Inc. (Northwest), in this employment discrimination action under Title VII of the Civil Rights Act of 1964, 42

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

U.S.C. § 2000e et seq., and the Minnesota Human Rights Act, Minn. Stat. § 363.  After de novo review, see Rose-Maston v. NME Hosps., Inc., 133 F.3d 1104, 1107 (8th Cir. 1998), we conclude the district court's judgment was proper for the reasons stated in its thorough opinion.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.